**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6490**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEJANDRO SALINAS GARCIA, a/k/a Alex,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:09-cr-00025-KDB-DCK-1)

_____

Submitted:  December 19, 2023                    Decided:  December 28, 2023

_____

Before WYNN, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alejandro Salinas Garcia, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alejandro Salinas Garcia appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  We have reviewed the record and Garcia's claims and find no reversible error in the district court's exercise of discretion to deny relief.  Accordingly, we affirm the district court's order.  *United States v. Garcia*, No. 5:09-cr-00025-KDB-DCK-1 (W.D.N.C. May 5, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2